UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL MORA-MORENO,

Plaintiff,

-against-

JACK ANTONOFF,

Defendant.

26-CV-10126 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting claims under the Court's federal question jurisdiction against Jack Antonoff. The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff previously filed a substantially similar complaint asserting claims against Antonoff and two other Defendants. *See Mora-Moreno v. Swift*, No. 26-CV-9976 (LTS) (S.D.N.Y. filed Nov. 11, 2026). A plaintiff generally has no right to maintain multiple actions "involving the same subject matter at the same time" and "against the same" defendants. *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). District courts thus have discretion to dismiss duplicative actions. *Id.*; *see also Humphrey v. Ct. Clerk ex rel. U.S. Sup. Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3 (N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C. § 1915(e)").

As this complaint raises the same claims that Plaintiff raised in 26-CV-9976, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice.

## CONCLUSION

The Court dismisses this complaint without prejudice as duplicative of the complaint filed in 26-CV-9976 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge