UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL MORENO-MORA,

Plaintiff,

-against-

JACK ANTONOFF,

Defendant.

26-CV-10126 (LTS)

CIVIL JUDGMENT

Pursuant to the order dated November 19, 2026, dismissing the complaint without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for the reasons stated in the Court's November 19, 2026 order.

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge